UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| JAMES SHARKEY, | | Case No. 2:20-cv-00398-RFB-NJK |
| | Plaintiff, | ORDER |
| v. | | |
| NDOC, *et al.*, | | |
| | Defendants. | |

On April 8, 2020, the Court dismissed Plaintiff's civil rights action due to his failure to comply with this Court's order that Plaintiff either pay the filing fee or file a complete non-prisoner application to proceed *in forma pauperis* by March 30, 2020.  Docket No. 4.  The Court dismissed the case without prejudice, and the Clerk entered judgment accordingly.   Docket Nos. 4, 5. Plaintiff subsequently filed an application to proceed *in forma pauperis* and a motion for leave to file electronically.  Docket Nos. 7, 8.

The Court denies both the application to proceed *in forma pauperis*, Docket No. 7, and the motion for leave to file electronically, Docket No. 8, because they are moot given that the Court dismissed this action and entered judgment before Plaintiff filed the documents.  If Plaintiff wishes to pursue his claims, he must file a complaint in a <u>new</u> case and either pay the complete filing fee or file an application to proceed *in forma pauperis* in that new case.

Accordingly, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis*, Docket No. 7, and motion for leave to file electronically, Docket No. 8, are **DENIED** as moot.

IT IS FURTHER ORDERED that no further documents shall be filed in this closed case.

DATED:  January 22, 2021.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE